UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. OCONNOR, | No. C-14-00211 DMR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO N.A., | |
| Defendant(s). | |

On February 7, 2014, Defendant filed a motion to dismiss the complaint. [Docket No. 6.] Currently, the motion is set for hearing on March 27, 2014. Plaintiff is pursuing this action without legal representation. According to the local Court rules, Plaintiff should have filed any brief in opposition to Defendant's motion by February 21, 2014. See N.D. Cal. Civ. L.R. 7-3. The court has received no such opposition.

The court ORDERS Plaintiff to respond by **March 10, 2014** and explain his failure to respond to the motion. In addition, Plaintiff must simultaneously (1) submit his opposition(s) to the court or (2) file a statement of non-opposition to the motion. This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by March 10, 2014, Defendant's motion may be granted.

The court further ORDERS that Defendant shall file a reply, if any, to Plaintiff's opposition no later than March 17, 2014.

IT IS SO ORDERED.

Dated: February 28, 2014

DONNA M. RYU
United States Magistrate Judge