United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. OCONNOR,<br><br>        Plaintiff(s),<br><br>   v.<br><br>WELLS FARGO N.A.,<br><br>        Defendant(s).<br>_____/ | No. C-14-00211 DMR<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE [DOCKET NO. 11]; SETTING DEADLINE FOR DEFENDANT TO FILE REPLY; AND CONTINUING HEARING ON MOTION** |

The court is in receipt of Plaintiff's response to the court's February 28, 2014 Order to Show Cause and Plaintiff's opposition to Defendant's Motion to Dismiss. [Docket Nos. 11, 12.] The Order to Show Cause is discharged. Defendant shall file any reply to Plaintiff's opposition by March 17, 2014. The hearing on Defendant's Motion to Dismiss, previously scheduled for March 27, 2014, is continued to **April 10, 2014 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

    IT IS SO ORDERED.

Dated: March 10, 2014

DONNA M. RYU
United States Magistrate Judge