UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. OCONNOR, | No. C-14-00211 DMR |
| Plaintiff(s), | **ORDER DENYING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT [DOCKET NO. 26] AS MOOT** |
| v. | |
| WELLS FARGO N.A., | |
| Defendant(s). | |

Plaintiff has filed a motion for leave to file an amended complaint. [Docket No. 26.] The motion is **denied as moot.** Per the court's order dated July 3, 2014 granting Defendant Wells Fargo N.A.'s motion to dismiss, *see* Docket No. 25, the court dismissed Plaintiff's Complaint but granted leave to amend "only to the extent he can cure the deficiencies noted in this order." The court also ordered that any amended complaint must be filed by July 18, 2014. Plaintiff's state law claims were dismissed with prejudice without leave to amend. Accordingly, Plaintiff already has leave of the court to amend to the extent he can cure the deficiencies previously noted. Any other amendments will not be permitted for the reasons stated in the July 3, 2014 Order. The court extends the date by which Plaintiff must file any amended complaint to **July 25, 2014.**

IT IS SO ORDERED.

Dated: July 18, 2014

DONNA M. RYU
United States Magistrate Judge