UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. OCONNOR, | No. C-14-00211 DMR |
| Plaintiff(s), | |
| v. | **ORDER RESCINDING ORDER DATED JULY 18, 2014 [DOCKET NO. 28] AND DEEMING DOCKET NO. 27 OPERATIVE COMPLAINT** |
| WELLS FARGO N.A., | |
| Defendant(s). | |

As it appears that Plaintiff filed a First Amended Complaint on July 17, 2014 [Docket No. 27], the court's order dated July 18, 2014 [Docket No. 28] extending the date for Plaintiff to file his First Amended Complaint to July 28, 2014 is hereby rescinded. In light of the court's error, Docket No. 27 is deemed the operative complaint and shall be considered filed as of July 28, 2014 for purposes of Defendant's deadline for filing an answer or responsive motion.

IT IS SO ORDERED.

Dated: July 28, 2014



DONNA M. RYU
United States Magistrate Judge