UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. O'CONNOR, | No. C-14-00211 DMR |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME [DOCKET NO. 44]** |
| v. | |
| WELLS FARGO, N.A., | |
| Defendant. | |

Plaintiff Robert H. O'Connor has filed a request for an extension of time to respond to Defendant Wells Fargo's reply in support of its motion to dismiss. [Docket No. 44.] Plaintiff has already filed his opposition to the motion. [Docket No. 41.] Defendant has filed a reply. [Docket No. 42.] To the extent Plaintiff seeks additional time to file a surreply, Plaintiff does not have court approval to file a surreply. *See* Civil L.R. 7-3(d) ("Once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval."). Plaintiff's request for an extension of time is therefore **denied.**

IT IS SO ORDERED.

Dated: September 24, 2014

DONNA M. RYU
United States Magistrate Judge