UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT H. OCONNOR,                           No. C-14-00211 DMR

    Plaintiff(s),                                    **JUDGMENT**

    v.

WELLS FARGO N.A.,

    Defendant(s).
_____/

This matter having been fully considered, and the issues having been fully decided, and the court having granted Defendant's Motion to Dismiss [Docket No. 31], it is Ordered and Adjudged that Plaintiff take nothing, and that the action be dismissed.

IT IS SO ORDERED.

Dated: September 26, 2014

_____
DONNA M. RYU
United States Magistrate Judge